James L. JENKINS, Petitioner,

v.

COMMISSIONER OF INTERNAL REVENUE.

James L. and Mallie E. JENKINS, Petitioners,

v.

COMMISSIONER OF INTERNAL REVENUE.

Victor BALDINI, Petitioner,

v.

COMMISSIONER OF INTERNAL REVENUE.

Victor and Florence BALDINI, Petitioners,

v.

COMMISSIONER OF INTERNAL REVENUE.

Robert E. BEERY, Petitioner,

v.

COMMISSIONER OF INTERNAL REVENUE.

Robert E. and Anna Virginia BEERY, Petitioners,

v.

COMMISSIONER OF INTERNAL REVENUE.

Nos. 11411-11416.

United States Court of Appeals, Third Circuit.

Argued Jan. 6, 1955.

Decided Jan. 13, 1955.

Lloyd H. Young, Clarksburg, W. Va. (Maxwell & Young, Clarksburg, W. Va., on the brief), for petitioners.

Louise Foster, Washington, D. C. (H. Brian Holland, Asst. Atty. Gen., Ellis N. Slack, Hilbert P. Zarky, Sp. Asst. to Atty. Gen., on the brief), for respondent.

Before MARIS, GOODRICH and STALEY, Circuit Judges.

PER CURIAM.

These cases are indistinguishable in principle from Patsch v. Commissioner of Internal Revenue, 3 Cir., 1953, 208 F.2d 532. Upon the authority of that case the decisions of the Tax Court in the present cases will be affirmed.

S. P. BEECHER, Appellant,

v.

LEAVENWORTH STATE BANK, Federal Land Bank of Spokane, Lyle Timpe, Ben Maxwell, Leavenworth Fruit Co., Homer Smithson, John McCoy, Appellees.

Nos. 10391-14224.

United States Court of Appeals, Ninth Circuit.

Jan. 3, 1955.

See, also, 9 Cir., 214 F.2d 114.

Before DENMAN, Chief Judge, and BONE and ORR, Circuit Judges.

PER CURIAM.

Beecher moves this court for a rehearing of all of his appeals, the first litigation having commenced almost sixteen years ago. The time for rehearing has expired.

The petition is dismissed.